M. F. THACKER V. STATE.

No. 24449. November 2, 1949.

No attorney of record on appeal for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This is a conviction for driving an automobile upon a public highway while intoxicated; the punishment, a fine of Seventy-five Dollars.

The state's testimony showed appellant guilty of the offense charged; that of the appellant, his innocence. It was the province of the trial court before whom the case was tried to accept the testimony of the state's witnesses.

The judgment is affirmed.

Opinion approved by the court.